ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/8/2015 3:28:45 PM
KEITH HOTTLE
CLERK

04-15-00010-CV

## CAUSE NO. CC-14-89

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | FILED IN<br>4th COURT OF APPEALS |
| PEDRO MARQUEZ, JR. | * | SAN ANTONIO, TEXAS |
| AND | * | |
| LISA A. WATKINS | * | AT LAW OF 01/8/2015 3:28:45 PM<br>KEITH E. HOTTLE |
| | * | Clerk |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | |
| MINOR CHILDREN | * | STARR COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE ROMERO MOLINA OF THE COUNTY COURT AT LAW OF STARR COUNTY TEXAS:**

**PEDRO MARQUEZ, JR., PETITIONER,** provides notice of his desire to appeal the following described judgment and orders made in the above captioned and numbered cause: in Cause No. CC-14-89 the "Order Denying Pedro Marquez, Jr.'s Bill of Review." In addition appealing Cause No. CC-12-84 the "Final Decree of Divorce" that was pronounced and rendered on June 7, 2012 but signed on November 13, 2012, the "Domestic Relation Order Dividing Retirement Plan Benefits," the "Owelty Deed with Vendor's Lien," a "Deed of Trust," and a "Promissory Note."

Respectfully submitted,

_____/s/_____
The Law Office of
Hilda Gonzalez Garza P.L.L.C.
205 E. 5th St.
Rio Grande City, Texas 78582
Tel: (956) 263-1870
Fax: (956) 263-1871
S.B.N. 00796651

## CERTIFICATE OF SERVICE

I certify that I sent via fax (956) 683-7071 the foregoing documents on January ___ 2015, to Mrs. Carmen Benavidez Ramirez Attorney of Record for Mrs. Lisa A. Watkins, and whose address is 4715 S. Jackson Rd. Edinburg, Texas 78539.


_____/s/_____
Hilda Gonzalez Garza